IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02982-GPG

JOHNNY RAY CALDWELL,

    Plaintiff,

v.

MESA COUNTY SHERIFFS, et al., and
STATEWIDE TOWING CO., et al.,

    Defendants.

## MINUTE ORDER

ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff's Motion For "Default" Rule 55, Request Rule 56 "Summary Judgment" (ECF No. 7) is DENIED WITHOUT PREJUDICE as premature.

    This matter remains under initial review by the Court as required pursuant to 28 U.S.C. § 1915A and D.C.COLO.LCivR 8.1(b). Plaintiff faces dismissal of this case if he does not fix the problems with his filings that are noted in the Court's Second Order Directing Plaintiff to Cure Deficiencies issued on December 22, 2017 (ECF No. 8).

    Plaintiff is reminded that he has been given one final opportunity to fix the problems in the documents he has filed in this case. If Plaintiff fails to fix the problems noted in the Court's Order of December 22, 2017, **on or before January 22, 2018**, this case will be dismissed without further notice. The dismissal shall be without prejudice.

    Dated: December 26, 2017